United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE: | Chapter 13 |
| Jonathan Singletary | |
| 49 South College St., Apt B | Case No. 14-71198-JTL |
| Homerville, GA 31634 | |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $300.00 in unclaimed funds of Jonathan Singletary and , debtor(s).

Last Known Address (Most recent listed left to right):

Jonathan Singletary
49 South College St., Apt B
Homerville, GA 31634

Dated: 4/20/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee